UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 20-CV-21387-JEM

MELISSA LOPEZ,

    Plaintiff,

vs.

JAVIER ORTIZ and the CITY OF
MIAMI,

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, CITY OF MIAMI ("CITY"), by and through undersigned counsel, hereby Answers the Amended Complaint and states:

## ANSWER

1. Denied.

2. Factual allegations are denied. Jurisdiction is admitted.

3. Factual allegations are denied. Venue is admitted.

4. Without knowledge.

5 - 53. Denied.

## COUNT I

This Count is not against the CITY and is therefore denied.

## COUNT II

61. Previous responses are realleged.

Case 1:20-cv-21387-JEM   Document 28   Entered on FLSD Docket 11/23/2020   Page 2 of 4

Lopez vs. City of Miami, et al.
Case No. 20-CV-21387-JEM
Answer and Affirmative Defenses

62 – 68. Denied.

### COUNT III

This Count is not against the CITY and is therefore denied.

### COUNT V
(no Count IV is asserted)

74. Previous responses are realleged.

75 – 79. Denied.

### AFFIRMATIVE DEFENSES

1. The CITY would be immune from the conduct of its employee pursuant to F.S. §768.28(9) if the facts were as alleged in the Amended Complaint.

2. Failure to State a Claim.

Respectfully submitted,

VICTORIA MÉNDEZ, City Attorney
HENRY J. HUNNEFELD, Esq.
*Attorneys for City of Miami*
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Telephone:     (305) 416-1800
Facsimile:      (305) 400-5071
Primary Email:         hjhunnefeld@miamigov.com
Secondary Email:     ddiaz@miamigov.com

By:     *Henry J. Hunnefeld*
Henry J. Hunnefeld, Esq.
Florida Bar No. 343811

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of November, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified

on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *Henry J. Hunnefeld*
Henry J. Hunnefeld, Esq.
Florida Bar No. 343811

**Lopez vs. City of Miami, et al.**
**Case No. 20-CV-21387-JEM**
**Answer and Affirmative Defenses**

## SERVICE LIST
## Case No. 20-CV-21387-JEM

| | |
|---|---|
| David Alan Frankel, Esq. | Oscar E. Marrero, Esq. |
| Law Offices of David A. Frankel, P.A. | Marrero & Wydler |
| 4601 Sheridan Street, Suite 213 | 2600 South Douglas Road, PH 4 |
| Hollywood, FL 33021 | Coral Gables, FL 33134 |
| (954) 683-0300 | (305) 446-5528 |
| (954) 463-7840 Fax | (305) 446-0995 Fax |
| Davidfrankel7@gmail.com | oem@marrerolegal.com |
| david@BlueLotusLaw.com | lew@marrerolegal.com |
| Paralegal@BlueLotusLaw.com | Guertty@marrerolegal.com |
| Service@BlueLotusLaw.com | dinah@marrerolegal.com |
| *Counsel for Plaintiff* | *Counsel for Co-Defendant Ortiz* |