UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO.: 20-CV-21387-JEM

MELISSA LOPEZ,

    Plaintiff,

vs.

THE CITY OF MIAMI, a Municipality, and JAVIER ORTIZ, in his individual capacity,

    Defendant(s).
_____/

## MEDIATION REPORT
## PURSUANT TO S.D. FLA. L. R. 16.2 (F)

The captioned case was mediated on Thursday, December 10, 2020. Counsel appeared for and with the Parties present. Mediation between the parties resulted in a resolution of all issues.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was emailed this 10th day of December 2020, to: David Alan Frankel, Esq. < Davidfrankel7@gmail.com >Henry J. Hunnefeld, Esq. < hjhunnefeld@miamigov.com >; Oscar E. Marrero, Esq. < oem@marrerolegal.com.

By:  **/s/Jerald Bagley**_____
JERALD BAGLEY, ESQ.
Florida Bar No. 0471283
FL. S. Ct. Certified Circuit/Family Court Mediator
201 Alhambra Circle | Suite 1205 |
Coral Gables, FL 33134
(O) 786-304-2239 (M) 305-342-0530
E-Mail: jb@jbagleymediationservices.com